ANA SCHWARTZ ET AL. *v.* SAMUEL MILAZZO

The plaintiffs' petition for certification for appeal from the Appellate Court, 84 Conn. App. 175 (AC 24371), is denied.

*Vincent M. Marino* and *Barbara M. Schellenberg,* in support of the petition.

Decided November 4, 2004

STATE OF CONNECTICUT *v.* MAURICE WEAVER

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 329 (AC 23774), is denied.

*Jeanne M. Zulick,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided November 4, 2004

GUY S. LAMACCHIA *v.* MAGDALENA CHILINSKY

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 1 (AC 24155), is denied.

*Guy S. LaMacchia,* pro se, in support of the petition.

Decided November 4, 2004

STATE OF CONNECTICUT *v.* JAMAHL HURDLE

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 128 (AC 24230), is denied.